# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                                                                    Case No: 10-23502-JKO
GRAHAM A. HITCHEN                                                                      Chapter 13
XXX-XX-5303
KAREN M. HITCHEN
XXX-XX-4083

_____Debtor_____/

## OBJECTION TO CLAIM ON SHORTENED NOTICE

*IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the debtor objects to the following claim filed in this case:

### CLAIM NUMBER 2: OLD REPUBLIC FINANCIAL ACCEPTANCE CORP.

Claim is filed as a secured claim in the amount of $16,759.41 and also as general unsecured claim in the same amount.  The claim has the following deficiencies:

1. The regular ongoing payment amount is not listed.
2. The arrearages, if any, are not itemized or listed anywhere on the claim.
3. The property address is not listed on the claim.
4. The mortgage attached to the claim does not contain the recording information.
5. The mortgage attached to the claim is in the name of California Lending Group, Inc. Dba United Lending Group.  No documents are attached to the claim to establish standing for claimant to file the claim, such as a recorded assignemt.
6. No documentation is attached to the claim to determine how the amount claimed was calculated, or that the Debtors actually owe the amount claimed.

The claim should be stricken and disallowed.

### CLAIM NUMBER 3: GREEN TREE SERVICING LLC

The Debtors are making payments on the homestead real property which is the subject of the claim to secured creditor outside of the chapter 13 plan. The Debtors wish to cure any arrearages outside of the chapter 13 plan. The claim should be stricken and creditor should not receive any distribution in the chapter 13 plan or from the chapter 13 trustee.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 calendar days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

DATED:  7/15/10

        *Law Offices of*
        SIMONSON & OLSON, P.A.
        Attorney for Debtor(s)
        4901 NW 17th Way, Suite 503
        Fort Lauderdale, FL 33309
        (954) 492-1013

        By: CHRISTIAN J. OLSON, ESQ.
        Florida Bar Number: 0121436